122 A.3d 973

**In the Matter of the Petition for REINSTATEMENT OF William L. SISKIND to the Maryland Bar.**

**Misc. Docket AG No. 107, Sept. Term, 2014.**

Court of Appeals of Maryland.

Sept. 17, 2015.

Reconsideration Denied Oct. 15, 2015.

## *ORDER*

The Court having considered the Petition for Reinstatement of William L. Siskind, memorandum in support of petition and the response filed thereto by the Attorney Grievance Commission in the above captioned case, it is this 17th day of September, 2015

ORDERED, that the petition be, and it is hereby, DENIED.